UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Advanced Dermatology,** | ) | CASE NO. 1:19 CV 2503 |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| Vs. | ) | |
| | ) | |
| **Le Magasin de L'Encre** | ) | <u>Order of Dismissal</u> |
| | ) | |
| **Defendant.** | ) | |

Defendant is in default in this case. The Court previously ordered plaintiff to seek a default judgment. In response, plaintiff asked that the Court stay its ruling in order to allow plaintiff time for discovery. The Court granted the motion and plaintiff attempted to engage in discovery. As nearly eight months passed with no activity on this case, the Court issued an Order indicating that the case would be dismissed for lack of prosecution if plaintiff did not seek a default judgment within seven days. Plaintiff failed to do so. As such, the Court hereby DISMISSES this action for lack of prosecution.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge
Chief Judge

Dated: 12/8/20